■ In the Matter of PHIL CARUSO et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County (Arthur Blyn, J.), entered on July 29, 1987, unanimously affirmed for the reasons stated by Arthur Blyn, J., without costs and without disbursements. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ. *[See, 136 Misc 2d 892.]*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL BENNETT, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on November 22, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch, Kassal and Smith, JJ.